AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Adam Kovsky<br><br>*Defendant* | )  Case: 1:23-mj-00347<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 12/12/2023<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                          Adam Kovsky                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) Disorderly or Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building ;
40 U.S.C. § 5104(e)(2)(G) Parading, Picketing, or Demonstrating in a Capitol Building .

Date:       12/12/2023

G. Michael Harvey    Digitally signed by G. Michael
Harvey
Date: 2023.12.12 13:34:41 -05'00'

*Complaintant's signature*

City and state:         Washington, D.C.                    Honorable G. Michael Harvey
                                                                     *United States Magistrate*

| Return |
|---|
| This warrant was received on *(date)*   12/12/2023  , and the person was arrested on *(date)*   12/21/2023<br>at *(city and state)*   Detroit, Michigan  .<br><br>Date:   12/22/2023                                  *Mara R. Schneider*<br>                                                              *Arresting officer's signature*<br><br>                                              Mara R. Schneider<br>                                              *Printed name and title* |